UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

In re:

LAMON R. CASTLEBERRY,  Case No.   03-34061
  Chapter 7
  Debtor.  Hon. Walter Shapero

_____/

KONRAD MICHELI,

  Plaintiff,

v.  Adv. Pro. No.  05-3005

LAMON R. CASTLEBERRY,

  Defendant.
_____/

ORDER GRANTING DEFENDANT'S MOTION
FOR JUDGMENT AS A MATTER OF LAW

For the reasons stated in the Court's opinion entered this date, Defendant's motion for judgment as a matter of law is granted and Plaintiff's Amended Complaint to revoke Defendant's discharge is dismissed.

It is so ordered.

**Entered: August 15, 2006**

                              **/s/ Walter Shapero**
                              **Walter Shapero**
                              **United States Bankruptcy Judge**